# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: JAMES SANTACRUZ § Case No. 12-84589
      ANNCATRINE SANTACRUZ §
                                   §
          Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/08/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/17/2013.

5) The case was converted on 05/23/2013.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,154.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 2,475.00 | |
| Less amount refunded to debtor | $ 2,321.55 | |
| **NET RECEIPTS** | | $ 153.45 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 153.45 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION**   $ 153.45

Attorney fees paid and disclosed by debtor:   $ 1,719.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAKELAW | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Sec | 0.00 | 60,333.67 | 0.00 | 0.00 | 0.00 |
| CITIBANK SD NA | Uns | 13,762.81 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Uns | 40,717.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Sec | 45,000.00 | 34,752.06 | 34,752.06 | 0.00 | 0.00 |
| ABM | Uns | 1,550.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Uns | 504.00 | NA | NA | 0.00 | 0.00 |
| ALGONQUIN FAMILY HEALTHCARE | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 5,885.01 | 5,885.01 | 5,885.01 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Uns | 1,429.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 1,797.68 | 1,692.57 | 1,692.57 | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 146.35 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 233.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICES | Uns | 253.00 | NA | NA | 0.00 | 0.00 |
| FOREST RECOVERY SERVICES LLC | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| HANGER ORTHOPEDIC GROUP | Uns | 28.01 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 1,363.37 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Uns | 110.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS, INC | Uns | 539.00 | 721.62 | 721.62 | 0.00 | 0.00 |
| MANDUJANOS LANDSCAPING | Uns | 520.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU INC | Uns | 653.89 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 972.93 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Uns | 407.01 | NA | NA | 0.00 | 0.00 |
| METRO INFECTIOUS DISEASE | Uns | 929.43 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP LLC | Uns | 300.43 | NA | NA | 0.00 | 0.00 |
| MNET FINANCIAL | Uns | 383.89 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Uns | 24.52 | NA | NA | 0.00 | 0.00 |
| ORTHOPAEDIC SURGERY | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| SALUD PEDIATRICS | Uns | 627.28 | NA | NA | 0.00 | 0.00 |
| SHELL / CITIBANK CBNA | Uns | 1,813.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 202.81 | NA | NA | 0.00 | 0.00 |
| TEK - COLLECT INC | Uns | 2,642.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS | Uns | 506.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES DEPARTMENT OF | Uns | 27,797.48 | NA | NA | 0.00 | 0.00 |
| WOLF PODIATRY & ASSOCIATES | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 0.00 | 2,359.80 | 2,359.80 | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 0.00 | 1,429.74 | 1,429.74 | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS II LLC | Uns | 0.00 | 2,888.49 | 2,888.49 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 34,752.06 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 34,752.06 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 14,977.23 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 153.45 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 153.45 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 06/07/2013            By: /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)